

CHAMMBERS OF
THOMAS M. GOLDEN
JUDGE

**United States District Court**

EASTERN DISTRICT OF PENNSYLVANIA

THE MADISON BLDG., ROOM 401
400 WASHINGTON STREET
READING, PA 19601
TEL (610) 320-5097

July 22, 2008

**VIA OVERNIGHT MAIL**

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

     Re: Annual Financial Disclosure Report

Dear Judge Smith:

I am in receipt of your letter dated June 23, 2008 requesting additional information to comply with section 102 of the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111). The required additional information is as follows:

1.    Part VII, page 4, line 5 should be amended to read "Western Asset Municipal Money Market Fund Class A" ;

2.    Part VII, page 4, line 12 should be amended to read "Citibank, NA South Dakota Bank Deposit Program"; and

3.    Part VII, page 5, line 33 should be amended to read "Citibank, NA South Dakota Bank Deposit Program".

Should you require any additional information, please do not hesitate to contact me.

Very truly yours,



Thomas M. Golden

TMG/mls

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Golden, Thomas M | U.S. Eastern District Ct of PA | 05/09/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge -Active | Nomination, Date / Initial / ✔ Annual / Final / 5b. Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| The Madison Building - Rm 401 400 Washington Street Reading, PA 19601 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Pennsylvania Bar Insurance Fund & Trust - See Part VIII - #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2007 | Masano Bradley, LLP - law firm 401(K) Profit Sharing Plan, no control - See Part VIII - #2 |
| 2. | 2006-2007 | Masano Bradley, LLP - purchase agreement of law firm interest. It is a five (5) year contract. See Part VIII - #3 |
| 3. | | |

RECEIVED 2008 MAY 13 A 11: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Masano Bradley, LLP | $ 131,329.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Goggle Works - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/22-3/25/2007 | New York | CLE program and dinner | Transportation, room and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Allianz Alterity annuity | | None | L | T | | | | | |
| 2. National Penn Bancshares, Inc. - common stock | D | Dividend | M | T | | | | | |
| 3. Sovereign Bancorp Inc. - common stock | A | Dividend | K | T | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - Municipal Money Market FD CL A | D | Interest | M | T | | | | | |
| 6. - Erie PA - municipal bonds | | None | | | Redemption | 11/15 | K | | |
| 7. - Bethlehem Center School District PA - municipal bonds | | None | K | T | | | | | |
| 8. - ●ley Valley PA School District - municipal bond | | None | K | T | | | | | |
| 9. 401(K) account - #1 | | None | | | Transfer out | 8/31 | | | See Part VIII - #2 |
| 10. - Russell Life Bal Str (D) Sep Account | . | None | | | Transfer out | 8/31 | N | | See Part VIII - #2 |
| 11. IRA - account #1A | D | Dividend | M | T | | | | | |
| 12. - Bank Deposit Program | | Interest | | | | | | | |
| 13. - Altria Group Inc - common stock | | Dividend | | | Sold | 3/27 | K | D | |
| 14. - Apache Corp - common stock | | Dividend | | | | | | | |
| 15. - Arrow Intl Inc - common stock | | Dividend | | | Redemption | 10/01 | K | D | |
| 16. - Conocophillips - common stock | | Dividend | | | | | | | |
| 17. - Drill-●uip Inc - common stock | | Dividend | . | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Exxon Mobil Corp - common stock | | Dividend | | | | | | | |
| 19. - Johnson & Johnson - common stock | | Dividend | | | | | | | |
| 20. - Kraft Foods Inc Cl A | | Dividend | | | | | | | |
| 21. - Alcatel-Lucent ADR - Lucent Technologies - common stock | | Dividend | | | Sold | 1/09 | J | | |
| 22. - Morgan Stanley - common stock | | Dividend | | | | | | | |
| 23. - Discover Financial Svcs - common stock | | Dividend | | | Spinoff | 1/10 | J | | Morgan Stanley spinoff |
| 24. - Sovereign Bancorp Inc - common stock | | Dividend | | | | | | | |
| 25. - Tyco International LTD New - common stock | | Dividend | | | | | | | |
| 26. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | | | | | |
| 27. - St. Joe Company - common stock | | Dividend | | | Sold | 1/9 | J | | |
| 28. - Boston Scientific Corp. - common stock | | Dividend | | | Sold | 1/9 | J | | |
| 29. - Pepsico Inc. NC - common stock | | Dividend | | | | | | | |
| 30. - Huaneng Power Intl SP ADR - common stock | | Dividend | | | Buy | 1/9 | J | | |
| 31. - Altria Group Inc - common stock | | Dividend | | | Buy | 3/27 | J | | |
| 32. IRA - account #2A | C | Dividend | M | T | | | | | |
| 33. - Bank Deposit Fund | | Interest | | | | | | | |
| 34. - Altria Group Inc - common stock | | Dividend | | | Sold | 3/27 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Apache Corp - common stock | | Dividend | | | | | | | |
| 36.   - Arrow Intl Inc - common stock | | Dividend | | | Redemption | 10/1 | K | D | |
| 37.   - Conocophillips - common stock | | Dividend | | | | | | | |
| 38.   - Drill-Quip Inc - common stock | | Dividend | | | | | | | |
| 39.   - Johnson & Johnson - common stock | | Dividend | | | | | | | |
| 40.   - Kraft Foods Inc Cl A | | Dividend | | | | | | | |
| 41.   - Alcatel-Lucent ADR - Lucent Technologies - common stock | | Dividend | | | Sold | 1/9 | J | | |
| 42.   - Morgan Stanley - common stock | | Dividend | | | | | | | |
| 43.   - Discover Financial Svcs - common stock | | Dividend | | | Spinoff | 1/10 | J | | Morgan Stanley spinoff |
| 44.   - Sovereign Bancorp Inc - common stock | | Dividend | | | | | | | |
| 45.   - Tyco International Ltd New - common stock | | Dividend | | | | | | | |
| 46.   - Wachovia Corp 2nd New Com - common stock | | Dividend | | | | | | | |
| 47.   - St. Joe Company - common stock | | Dividend | | | Sold | 1/9 | J | | |
| 48.   - Boston Scientific Corp. - common stock | | Dividend | | | Sold | 1/9 | J | | |
| 49.   - Huaneng Power Intl SP ADR - common stock | | Dividend | | | Buy | 1/9 | J | | |
| 50.   - Pepsico Inc. NC - common stock | | Dividend | | | | | | | |
| 51.   - Altria Group Inc. - common stock | | Dividend | | | Buy | 3/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Inherited IRA - account #3 | E | Dividend | ● | T | | | | | |
| 53.   - Schwab Money Market Fund | | Interest | | | | | | | |
| 54.   - Baxter Intl CV Pfd 7% - preferred stock | | Dividend | | | Sold | 9/13 | K | C | |
| 55.   - Ford Cap Trust II Conv Pfd - preferred stock | | Dividend | | | | | | | |
| 56.   - Travelers Property CV PFD 4.5% - preferred stock | | Dividend | | | Sold | 5/13 | J | B | |
| 57.   - Allied Capital Corporation - common stock | | Dividend | | | Sold | 1/10 | K | C | |
| 58.   - Bank of America Corp - common stock | | Dividend | | | | | | | |
| 59.   - Key Corp - common stock | | Dividend | | | Sold | 1/10 | J | C | |
| 60.   - National City Corp - common stock | | Dividend | | | Sold | 3/21 | J | B | |
| 61.   - General Electric - common stock | | Dividend | | | | | | | |
| 62.   - Black & Decker Corp - common stock | | Dividend | | | Sold | 1/31 | J | C | |
| 63.   - Coast Distribution Services - common stock | | Dividend | | | Sold | 5/9 | K | C | |
| 64.   - Fortune Brands Inc - common stock | | Dividend | | | Sold | 1/30 | J | A | |
| 65.   - KB Home - common stock | | Dividend | | | Sold | 6/13 | J | | |
| 66.   - Biloxi Marsh Lands Corp - common stock | | Dividend | | | | | | | |
| 67.   - Chevron Corp - common stock | | Dividend | | | | | | | |
| 68.   - Conocophillips - common stock | | Dividend | | | Part Sale | 1/10 | J | C | - |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Concophillips - common stock | | Dividend | | | Buy | 7/09 | J | | |
| 70.  - Dawson Geophysical Co - common stock | | Dividend | | | Sold | 8/1 | K | E | |
| 71.  - Devon Energy Corp - common stock | | Dividend | | | Sold | 1/10 | J | D | |
| 72.  - Oil States Intl - common stock | | Dividend | | | Part Sale | 7/09 | J | C | |
| 73.  - Johnson and Johnson - common stock | | Dividend | | | Part Sale | 6/19 | J | B | |
| 74.  - 21st Century Holding Co - common stock | | Dividend | | | Sold | 6/19 | J | | |
| 75.  - 21st Century Holding Co - common stock | | Dividend | | | Buy | 1/10 | J | | |
| 76.  - 21st Century Holding Co - common stock | | Dividend | | | Buy | 1/30 | J | | |
| 77.  - 21st Century Holding Co - common stock | | Dividend | | | Sold | 5/08 | J | | |
| 78.  - Donegal Group Inc Cl A - common stock | | Dividend | | | | | | | |
| 79.  - National Security Group - common stock | | Dividend | | | Sold | 4/13 | J | | |
| 80.  - Allstate Corporation - common stock | | Dividend | | | | | | | |
| 81.  - A T & T Inc. - common stock | | Dividend | | | | | | | |
| 82.  - A T & T Inc. - common stock | | Dividend | | | Buy | 1/10 | J | | |
| 83.  - Caterpillar, Inc. - common stock | | Dividend | | | Sold | 7/23 | K | C | |
| 84.  - Caterpillar, Inc. - common stock | | Dividend | | | Buy | 4/17 | J | | |
| 85.  - Caterpillar, Inc. - common stock | | Dividend | | | Sold | 7/23 | J | B | |

1. Income Gain Codes:     A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less    K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
              P3 =$25,000,001 - $50,000,000         P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal       R =Cost (Real Estate Only)   S =Assessment       T =Cash Market
(See Column C2)         U =Book Value       V =Other         W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Coventry Health Care Inc. - common stock | | Dividend | | | Part Sale | 4/17 | J | B | |
| 87. - Coventry Health Care Inc. - common stock | | Dividend | | | Buy | 1/10 | J | | |
| 88. - Endurance Specialty Holdings LTD - common stock | | Dividend | | | | | | | |
| 89. - Freeport-McMoran Copper & Gold Inc - common stock | | Dividend | | | Part Sale | 3/19 | J | | |
| 90. - Goldman Sachs Group - common stock | | Dividend | | | | | | | |
| 91. - Hartford Financial Services Group - common stock | | Dividend | | | | | | | |
| 92. - Home Depot Inc. - common stock | | Dividend | | | Sold | 6/13 | J | | |
| 93. - Noble Corp - common stock | | Dividend | | | | | | | |
| 94. - Noble Corp - common stock | | Dividend | | | Buy | 4/17 | J | | |
| 95. - Phelps Dodge Corp NY Com | | Dividend | | | Sold | 3/19 | K | D | |
| 96. - Time Warner Inc - common stock | | Dividend | | | | | | | |
| 97. - TODCO-CL A - common stock | | Dividend | | | | | | | |
| 98. - Abbott Laboratories - common stock | | Dividend | | | Buy | 8/24 | K | | |
| 99. - Allegheny Technologies Inc - common stock | | Dividend | | | Buy | 6/19 | J | | |
| 100. - Allegheny Technologies Inc - common stock | | Dividend | | | Buy | 7/9 | J | | |
| 101. - Allegheny Technologies Inc - common stock | | Dividend | | | Buy | 8/24 | J | | |
| 102. - Alliance Data Systems Corp - common stock | | Dividend | | | Buy | 1/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Alliance Data Systems Corp - common stock | | Dividend | | | Sold | 9/13 | K | B | |
| 104. - American Intl Group - common stock | | Dividend | | | Buy | 6/19 | J | | |
| 105. - American Intl Group - common stock | | Dividend | | | Buy | 7/23 | J | | |
| 106. - Amgen - common stock | | Dividend | | | Buy | 4/17 | K | | |
| 107. - FedEx Corporation - common stock | | Dividend | | | Buy | 1/10 | K | | |
| 108. - Glaxosmithkline PLC ADR - common stock | | Dividend | | | Buy | 1/10 | K | | |
| 109. - Harris Corp - common stock | | Dividend | | | Buy | 1/31 | J | | |
| 110. - Harris Corp - common stock | | Dividend | | | Buy | 6/19 | J | | |
| 111. - Hewlett-Packard Co - common stock | | Dividend | | | Buy | 8/24 | K | | |
| 112. - J C Penney - common stock | | Dividend | | | Buy | 6/19 | J | | |
| 113. - JC Penney - common stock | | Dividend | | | Buy | 7/9 | J | | |
| 114. - J P Morgan Chase & Co - common stock | | Dividend | | | Buy | 1/10 | J | | |
| 115. - J P Morgan Chase & Co - common stock | | Dividend | | | Buy | 6/19 | J | | |
| 116. - Morgan Stanley - common stock | | Dividend | | | Buy | 1/10 | K | | |
| 117. - Morgan Stanley - common stock | | Dividend | | | Sold | 9/13 | J | | |
| 118. - Discover Financial Services - common stock | | Dividend | | | Spinoff | 1/10 | J | | Morgan Stanley spinoff |
| 119. - Discover Financial Services - common | | Dividend | | | Sold | 7/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Seagate Technology - common stock | | Dividend | | | Buy | 8/24 | J | | |
| 121.  - Terex Corp - common stock | | Dividend | | | Buy | 6/19 | K | | |
| 122.  - Terex Corp - common stock | | Dividend | | | Buy | 8/24 | J | | |
| 123.  - United Industrial Corp - common stock | | Dividend | | | Buy | 1/31 | J | | |
| 124.  - United Industrial Corp - common stock | | Dividend | | | Buy | 4/17 | J | | |
| 125.  - United Industrial Corp - common stock | | Dividend | | | Sold | 9/13 | K | D | |
| 126.  National Penn Bank - account | A | Interest | K | T | | | | | |
| 127.  Sovereign Bank - account | A | Interest | J | T | | | | | |
| 128.  AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |
| 129.  AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |
| 130.  MetLife - flexible premium life policy | C | Interest | K | T | | | | | |
| 131.  MetLife - flexible premium life policy | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P. '=$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1). Part I, Page 1, Line #1 - Uncompensated to serve as one of several Trustees of a Trust Fund of the Pennsylvania Bar Association to promote education and charitable purposes associated with the legal profession and the administration of justice, with particular reference to the promotion of such purposes in the Commonwealth of Pennsylvania.

2). Part II, Page 2, Line #1 and Part VII, Lines #9 and #10 - Personal assets held in the Masano Bradley, LLP 401(K) Profit Sharing Plan were transferred out on August 31, 2007 and were posted to the United States Thrift Savings Plan on September 14, 2007.

3). Part II, Page 2, Line #2 - The Agreement provides for monthly payments of $11,777.35 over the remaining term of the Agreement. The Agreement will terminate on July 1, 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544